AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio

In the Matter of the Search of

*(Briefly describe the property to be searched or identify the person by name and address)*

**Tracking Number 1ZE02W270242049901, Addressed to Terrance Williams at 3128 Alexander PL., Apt. 208, Beavercreek, Ohio. Shipped from Marquel Davis, Express Shipping and Postal, 3025 Artesia Blvd 102, Torrance, CA.**

)
)
)
)
)

Case No.

*FILED*
*RICHARD W. NAGEL*
*CLERK OF COURT*
2018 JUN -8 PM 4:44
*U.S. DISTRICT*
*SOU... ...T. OHIO*
*...DIV. DAYTON*

3:18mj415

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Tracking Number 1ZE02W270242049901, Addressed to Terrance Williams at 3128 Alexander PL., Apt. 208, Beavercreek, Ohio. Shipped from Marquel Davis, Express Shipping and Postal, 3025 Artesia Blvd 102, Torrance, CA. ;

located in the _____Southern_____ District of _____Ohio_____ , there is now concealed *(identify the person or describe the property to be seized)*:

Controlled Substances, materials and documents reflecting the distribution of controlled substances through the UPS, including money and/or monetary instruments paid for controlled substances.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. section 841 | Possession with intent to distribute a controlled substance |
| 21 U.S.C. section 846 | Conspiracy to possess with intent to distribute a controlled substance |

The application is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

☑ Delayed notice of __30__ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Robert M. Buzzard*

*Applicant's signature*

SA Robert Buzzard, FBI

*Printed name and title*

Sworn to before me and signed in my presence.

Date: __6-8-18__

City and state: __Dayton, Ohio__

*Judge's signature*

Walter H. Rice, United States District Court Judge

*Printed name and title*

**AFFIDAVIT IN SUPPORT OF APPLICATION**

I, Robert Buzzard, hereby duly sworn, declare and state:

**INTRODUCTION**

1.      I am a Special Agent ("SA") of the Federal Bureau of Investigation ("FBI"), assigned to the Cincinnati Division, Dayton, Ohio Resident Agency.   I therefore am an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in 21 U.S.C. § 878.   Moreover, I am an "investigative law enforcement officer" within the meaning of 18 U.S.C. § 2510.

2.      I have served as an FBI SA since January 2002.   During May 2002, FBI assigned me to its Cincinnati Division, Dayton Resident Agency and I currently serve on the Southern Ohio Safe Streets Task Force (SOSSTF).   Since that time, I have participated in investigations involving narcotics trafficking and have received specialized training on the subject of narcotics trafficking and money laundering from the FBI.   I have been personally involved in investigations concerning the possession, manufacture, distribution, and importation of controlled substances, as well as methods used to finance drug transactions.

3.      Based on my training and experience – including my participation in the investigations referenced above – as well as discussions and interactions with other experienced FBI SA's, Task Force Officers ("TFO"), and narcotics investigators, I am familiar with the manner in which Mexican drug trafficking organizations and their customers in the United States smuggle, safeguard and distribute narcotics and then collect as well as launder the proceeds therefrom.   I am also aware that Mexican drug trafficking organizations and their customers utilize the U.S. Postal Service, FedEx, and United Parcel Service (UPS) to mail illegal narcotics to customers throughout the United States, as well as to ship drug payments or proceeds.   This delivery technique is more cost-effective than paying drug couriers to drive narcotics long distances and

1

risk being interdicted by law enforcement.

## PURPOSE OF AFFIDAVIT

4.      This affidavit is in support of a search warrant for the following property, namely

two packages associated with United Parcel Service (UPS):

> **a.  Tracking Number 1ZE02W270242049901, Addressed to Terrance Williams at 3128 Alexander PL., Apt. 208, Beavercreek, Ohio.  Shipped from Marquel Davis, Express Shipping and Postal, 3025 Artesia Blvd 102, Torrance, CA.**

> **b.  Tracking Number 1ZE02W270242958894, Addressed to Anthony Jacobs at 2014 Beth Ann Way, Miamisburg, Ohio.   Shipped from Marquel Davis, Express Shipping and Postal, 3025 Artesia Blvd 102, Torrance, CA.**

as described in Attachment A.  This affidavit is made in support of a warrant to search the

packages for evidence of a crime as well as contraband, fruits of a crime or other items illegally

possessed and property designed for use, intended for use, or used in committing a crime in relation

to the following offenses:

- Possession with Intent to Distribute Controlled Substances, in violation of Title 21, United States Code, § 841, and

- Conspiracy to Possess with Intent to Distribute Controlled Substances, in violation of Title 21, United States Code, § 846.

Because this affidavit is submitted in support of the application of the United States to search the

parcels, it does not include every fact known concerning this investigation, I have set forth facts

and circumstances that I have relied upon to establish probable cause to justify the issuance of a

warrant to search the above-described parcels.

## PROBABLE CAUSE

5.      On or about May 2, 2018, I was contacted by FBI Special Agent Michael Straube

who is assigned to the Columbia (South Carolina) Division.   SA Straube is currently investigating

a large-scale drug trafficking organization involving Darryl Hemphill who distributes illegal narcotics in the Rock Hill, South Carolina and Charlotte, North Carolina areas. Through his investigation, SA Straube learned Hemphill's organization receives shipments of illegal narcotics through UPS. The shipments originate from the same shipping location at 3025 Artesia Boulevard, Suite 102, Torrance, California 90504. The shipping business at that address is "Express Shipping and Postal." SA Straube also learned through his investigation that a Mexican Drug Trafficking Organization in California was specifically using Express Shipping and Postal to ship large quantities of illegal narcotics to Hemphill's organization in North Carolina, South Carolina, and other states throughout the United States.

6.      Specifically, on November 3, 2017, the Charlotte Mecklenburg Police Department in North Carolina seized approximately 3.15 kilograms of cocaine from an individual, hereinafter referred to as Cooperating Source One (CS1). During a subsequent interview, CS1 informed law enforcement officials that the cocaine had been shipped in a parcel package with marijuana and U.S. currency. CS1 led law enforcement officers to the parcel package. Upon inspection, law enforcement officers observed a shipping label on the parcel package that identified the sender as "Daniel Greyson" (310) 516-8595, Express Shipping and Postal, 3025 Artesia Blvd 102, Torrance, California 90504-2600. The recipient on the label was listed as "Matthew Blake", 110 Clear Run Road, Catawba, South Carolina 29704. SA Straube's investigative team subsequently identified the 110 Clear Run Road address as being tied to associates of Hemphill's organization.

7.      On November 30, 2017, SA Straube served an administrative subpoena to UPS for all packages originating from Express Shipping and Postal, 3025 Artesia Boulevard, Suite 102, Torrance, California to North Carolina and South Carolina.

8.      On March 27, 2018, SA Straube was alerted by FBI agents in the Los Angeles Division to a package being shipped from Express Shipping and Postal to an address in Charlotte,

North Carolina. On March 28, 2018, SA Straube's investigative team intercepted the package at the UPS Distribution Center in West Columbia, South Carolina. On March 29, 2018, a search warrant was obtained for the package. A subsequent search revealed approximately 2,984 grams of cocaine. On March 30, 2018, agents in South Carolina intercepted a telephone call during which Hemphill discussed the narcotics seizure.

9. On May 2, 2018, UPS alerted SA Straube's investigative team to another package shipped from Express Shipping and Postal destined for an address in Blythewood, South Carolina. Through previous subpoenaed data, agents learned that between August 2017 and May 2, 2018, the same address in Blythewood, South Carolina had received ten UPS parcels from Express Shipping and Postal. Agents seized the package destined for the Blythewood, South Carolina address on May 2, 2018 and obtained a search warrant to search the contents. Agents seized approximately three pounds of suspected methamphetamine inside the package.

10. I also learned through communications with SA Straube that his investigative team identified a cellular telephone number (through cellular telephone intercepts and call detail records) for the Mexican source of supply in California. Call detail records for the supplier's cell phone identified two individuals in the Dayton, Ohio area who were in direct contact with the supplier's cell phone.

11. On May 3, 2018, I served a subpoena on UPS requesting shipping records for all packages shipped from Express Shipping and Postal to addresses in Ohio. On June 8, 2018, I was alerted by UPS of two parcels that had been shipped from Express Shipping and Postal and were destined for addresses in the Dayton, Ohio area. I responded to the UPS facility at 225 South Alex Road, West Carrollton, Ohio and viewed the two parcels with security staff. I noted both parcels were shipped from Express Shipping and Postal, 3025 Artesia Blvd. 102, Torrance,

California and listed the sender as "Marquel Davis." The first parcel was assigned tracking number **1ZE02W270242049901,** and was addressed to Terrance Williams at 3128 Alexander Pl., Apt. 208, Beavercreek, Ohio. The box weight was listed as 9 pounds. The second parcel was assigned tracking number **1ZE02W270242958894,** and was addressed to Anthony Jacobs at 2014 Beth Ann Way, Miamisburg, Ohio. The box weight was listed as 23 pounds.

12.     I noted that both parcels were similar and consistent with the previously seized parcels in North Carolina and South Carolina that contained illegal narcotics. I requested the assistance of Montgomery County Sheriff's K9 Deputy Gerald Bemis and his State of Ohio certified drug detection K9 Jax. K9 Jax conducted a free air sniff of both UPS parcels located at the UPS facility and alerted to the odor of controlled substances. Based upon the K9 alert, I took custody of the two parcels listed above. Those parcels are currently located in FBI custody at 335 W. Third Street, Dayton, Ohio 45402.

13.     Additionally, I had law enforcement available databases search for the recipient names listed on the parcels. Based on database searches, the recipient names were not associated with the addresses of delivery.

14.     Based upon my training and experience and the information set forth above, I believe that the parcels may contain controlled substances, materials and documents reflecting the distribution of controlled substances through UPS, including money and/or monetary instruments related to the distribution and or payment of controlled substances.

//

//

//

//

## CONCLUSION

15.    Based on the facts set forth in the Affidavit, I believe there is probable cause that evidence associated with the above listed drug trafficking offenses are located within

   a.  **Tracking Number 1ZE02W270242049901, Addressed to Terrance Williams at 3128 Alexander PL., Apt. 208, Beavercreek, Ohio.  Shipped from Marquel Davis, Express Shipping and Postal, 3025 Artesia Blvd 102, Torrance, CA.**

   b.  **Tracking Number 1ZE02W270242958894, Addressed to Anthony Jacobs at 2014 Beth Ann Way, Miamisburg, Ohio.   Shipped from Marquel Davis, Express Shipping and Postal, 3025 Artesia Blvd 102, Torrance, CA.**

_Robert M. Buzzard_
Robert Buzzard
Special Agent
Federal Bureau of Investigation

Sworn and subscribed before me on this
8th ____ day of June, 2018.

_Walter H. Rice_
JUDGE WALTER H. RICE
UNITED STATES DISTRICT COURT